EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Rosana Rodríguez Salas | 2011 TSPR 72 <br><br> 181 DPR ____ |

Número del Caso: AB-2010-198

Fecha: 6 de abril de 2011

Materia: Conducta Profesional – La suspensión será efectiva una vez advenga final y firme la Sentencia conforme la Regla 45 del Reglamento del Tribunal Supremo sobre reconsideración.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Rosana Rodríguez Salas          AB-2010-198

*PER CURIAM*

En San Juan, Puerto Rico, a 6 de abril de 2011.

El 30 de marzo de 2010 el Sr. Carlos a. Charles Gómez  presentó una queja contra la Lcda. Rosana Rodríguez Salas. Expuso razones por las cuales entendía que ésta había incumplido con el contrato de servicios profesionales suscrito entre ellos, y reclamó la devolución de un dinero alegadamente entregado por adelantado en concepto de honorarios. El 30 de agosto de 2010, la Subsecretaria del Tribunal Supremo cursó una comunicación a la Lcda. Rosana Rodríguez Salas con relación a la queja presentada. Según surge del expediente, ésta fue recibida. Mediante Resolución, el 29 de diciembre de

2010 este Tribunal le concedió a la Lcda. Rosana Rodríguez Sala un término adicional de diez (10) días mediante una segunda notificación, la cual fue devuelta por el correo por la siguiente razón: "UNCLAIMED".

Ante su incomparecencia, el 8 de febrero de 2011 le concedimos un término final de diez (10) días, contados a partir de la notificación de dicha Resolución, para que contestara la queja presentada en su contra, según ordenado por este Tribunal. Apercibimos a la Lcda. Rosana Rodríguez Salas que su incumplimiento con lo ordenado conllevaría sanciones disciplinarias severas, incluyendo la suspensión del ejercicio de la profesión.

Esta resolución se notificó personalmente a la Lcda. Rosana Rodríguez Salas el 23 de febrero de 2011. No obstante lo anterior, la licenciada Rodríguez Salas no ha comparecido.

I

Hemos resuelto en reiteradas ocasiones que todos los miembros de la clase togada tienen que responder con premura y por escrito a los requerimientos relacionados a quejas por conducta profesional. Hacer lo contrario puede conllevar severas sanciones disciplinarias. Véase, *In re:* Vilanova Alfonso, 159 D.P.R. 167 (2003); *In re:* Arroyo Rivera, 148 D.P.R. 354 (1999). De igual forma, constituye un serio agravio a la autoridad de los tribunales e infringe el Canon

IX el desatender las órdenes judiciales. In Re: Maldonado Rivera, 147 D.P.R. 380 (1999).

Acorde a lo anterior, los abogados tienen el deber ineludible de cumplir diligentemente las órdenes de este Tribunal. Desatender las órdenes nuestras acarrea la imposición de sanciones disciplinarias severas, incluyendo la suspensión del ejercicio de la profesión. Véanse, entre muchos otros: In re: Grau Díaz, res. el 29 de marzo de 2006, 167 D.P.R. ___; In re: Zayas Cabán, res. el 21 de septiembre de 2004, 162 D.P.R. 839 (2004); In re: Arroyo Rivera, 161 D.P.R. 567 (2004); In re: Torres Torregrosa, 161 D.P.R. 66 (2004); In re: Fernández Pacheco, 152 D.P.R. 531 (2000); In re: Corujo Collazo, 149 D.P.R. 857 (1999); In re: Ron Meléndez, 149 D.P.R. 105 (1999); In re: Rivera Rodríguez, 147 D.P.R. 917 (1999).

La desatención a nuestras órdenes en el curso de un procedimiento disciplinario no es un asunto de poca monta. Más bien, como indicamos en Colegio de Abogados de Puerto Rico v. Pizzini Arnott, 157 D.P.R. 182 (2002), "revela una gran fisura del buen carácter que debe exhibir todo miembro de la profesión legal". Se trata de un acto de indisciplina, desobediencia, displicencia, falta de respeto y contumacia hacia este Tribunal que no habremos de tolerar. Véanse, In re: Guemárez Santiago I, 146 D.P.R. 27, 28 (1998); In re: Nicot Santana, 129 D.P.R. 717, 718 (1992).

## II

La abogada de epígrafe ha actuado de forma censurable al no ser responsiva a los requerimientos que le ha hecho este Tribunal.

Por ello, se suspende indefinidamente a la abogada Rosana Rodríguez Salas del ejercicio de la abogacía y la notaría. Se le impone el deber de notificar a todos sus clientes de su inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta opinión *Per Curiam* y Sentencia.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Rosana Rodríguez Salas          AB-2010-198

*SENTENCIA*

En San Juan, Puerto Rico, a 6 de abril de 2011.

Por los fundamentos expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte integrante de la presente Sentencia, se suspende indefinidamente a la abogada Rosana Rodríguez Salas del ejercicio de la abogacía y la notaría. Se le impone el deber de notificar a todos sus clientes de su inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta opinión *Per Curiam* y Sentencia.

Lo acordó y manda el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo